IN THE UNITED STATES SOUTHERN DISTRICT COURT
OF NEW YORK

DANNY AMEN ANDERSON VALENTINE SHABAZZ

**PETITIONER,**

V.

**RESPONDENTS,**
CHRIS BRUCE, , CERRON CADE,
, NICK SABEAN, JEFF FLYNN, JOHN CARNEY

PETITION
Criminal Copyright Infringement

Chris Bruce
727 N Market St.
Wilmington, Delaware 19801

Jeff Flynn
City of Wilmington Louis
L. Redding Building
820 N French St.
Wilmington,De 19801

Cerron Cade
820 N French St.
Wilmington, De 19801

Nick Sabean, Why Fly
218 W 9th St, Wilmington, DE 19801

Danny Amen Anderson Valentien Shabazz

V.

Cerron Cade, Jeff Flynn, Chris Bruce,
Nick Sabean, John Carney

                                        Petition
                            Criminal Copyright Infringement

Evidence

**ALLEGATIONS:**
**The investment company 47th and 7th LLC began at 75 Maiden Lane NY, NY with a production with Snoop Dogg with data from a New Jersey residence of Danny used for the bail out of 1.2 billion dollar. This finance company is a Wall Street bred private equity company taken advantage of by criminal forces in the state government of Wilmington DE. Chris Bruce from Syracuse NY worked in a office with Danny in Delaware with a truck listed in NYC connected to his mother and himself. He changed his license plate after the breach of NDA and nationals security Breach took place with China's premier factory in footwear who serves FILA, Forever I Love America and Crates Inc.**
**Chris Bruce took a production and criminally damaged Danny's vocal on a 100 million dollar production that began in Danny's New Jersey address 129 Magnolia Ave. Jersey City, New Jersey 07306 to Journal Square with FILA and Wutang/RCA. Kobe Bryant was**

part of that production and died soon thereafter. RZA production was formed from this address and criminal copyright infringement took place. As of today over 23 people lay dead from the environment that was created around Protect Your Neck, Kobe Bryant and King Creative copyrights. They continue to operate after a bail out of 1.2 billion dollars. The local police were sued to file harassment charges for withholding Danny's Harvard tuition, his cyber security budget and illegal eviction. Danny has reached out to Jim Dipinto, his former mentor and son of Joe Dipinto from the James Baker administration. Martin Luther King Jr.'s rights and permissions are also listed at 727 N. Market St.

The respondents failed to act accordingly with the law after Chris Bruce breached a NDA under law with all parties privy to the development in Wilmington, Delaware, the DNC and Washington D.C. for the 46th Presidential Elections. Judge Butler also ruled on a lie and knowingly said Danny didn't have that level of financing when in actuality his family business is 72 years old starting with Wilson Sporting Goods and Jackie Wilson.

1. Copyright infringement from King Creative LLC.
2. CHRIS INSTALLED A CAT 6 COMMUNICATIONS WIRE UNDER NDA WITH WHY FLY INTERNET AND NICK SABEAN. THE AG OF DELAWARE OVERLOOKED THOSE ALLEGATIONS IN FAVOR OF HER WHITE COUNTERPART INSTEAD OF ARRESTING CHRIS BRUCE. WE HAVE SINCE LOST OVER 23 PEOPLE IN THE CAST FROM MULTIPLE DEATHS. THIS IS ALSO A VIOLATION OF THE COLOR OF LAW.
3. WE ARE REQUESTING A SUMMARY JUDGMENT AND IMMEDIATE REMOVAL OF CHRIS BRUCE FOR BREACH OF NDA.

**DAMAGES:**
100 million dollar production as well as the actual transaction for 1.2 billion to the Lisa Blunt Rochester handed to Cerron Cade and John Carney. .

**REMEDIES:** Shut down all addresses of the defendant for system configuration as investigated by USSS Tim Alexander of Lighthouse security, whom Danny hired to investigate. We are also requesting a budget for 24 executive security from an African American firm and all money be returned under federal copyright law. The bail out netted 1.2 billion twice and under law that's 15 percent for the State of Delaware copyright and Danny's portfolio.

2319. The principal criminal statute protecting copyrighted works is 17 U.S.C. § 506(a), which provides that "[a]ny person who infringes a copyright willfully and for purposes of commercial advantage or private financial gain" shall be punished as provided in 18 U.S.C. § 2319.

**Protect Your Neck.**

Share Actions

**Registration Number / Date**SR0000906273 / 2021-07-24

**Previous Registration**

    1992, pr234.

**Type of Work**Sound Recording

**Title**Protect Your Neck.

**Application Title**Protect Your Neck.

**Date of Creation**1992

**Date of Publication**1992-07-01

**Copyright Claimant**

Danny Amen Shabazz. Address: 222 Valley Rd, Wilmington, DE, 19804.

**Authorship on Application**

Ace, pseud. of Danny Amen Shabazz (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: sound recording.

**Basis of Claim**sound recording.

**Rights and Permissions**Danny Amen Shabazz, 47th and 7th LLC, 222 Valley RD, Wimington, DE, 19804, United States, (229) 439-3661, danny@foreveriloveamerica.com

**Pre-existing Material**sound recording.

**ISBN**4747474

**Description**Electronic file (eService)

**Copyright Note**

    Regarding previous registration: Applicant gives pr234 which is not a Copyright Office registration number.

**Nation of First Publication**United States

Names

Shabazz, Danny Amen
Ace, pseud.

Detail Record View

Registration record TX0009153326

Copyright Catalog

PreviousNext

# King Creative LLC.

Share Actions

**Registration Number / Date** TX0009153326 / 2022-07-15

**Type of Work** Text

**Title** King Creative LLC.

**Application Title** King Creative LLC.

**Date of Creation** 2019

**Date of Publication** 2019-05-17

**Copyright Claimant**

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.

Everette Thomas Scott, 1988- .

Tracie Valentine, 1960- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.

Kiandra Parks, 1986- .

**Authorship on Application**

Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text.

Naje Papers, pseud. of Everette Thomas Scott, (author of pseudonymous work); 1988- Citizenship: United States. Authorship: text.

Pablo, pseud. of Tracie Valentine, (author of pseudonymous work); 1960- Citizenship: United States. Authorship: text.

Kiki, pseud. of Kiandra Parks, (author of pseudonymous work); 1986- Citizenship: United States. Authorship: text.

**Basis of Claim**text.

**Rights and Permissions**Danny Amen Valentine Shabazz, 47th and 7th LLC parent Danny Valentine Corporation, 65 irby Ave, Atlanta, GA, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com

**Pre-existing Material**text.

**Description**Electronic file (eService)

**Copyright Note**

C.O. correspondence.

Regarding title information: Alternative title added by Copyright Office from deposited work.

Regarding authorship information: Ideas not copyrightable. 17 USC 102(b). Registration extends to text contained in deposited work

**Nation of First Publication**United States

**Names**

Valentine Shabazz, Danny Amen 1978-

[Ace, pseud. 1978-](#)

[Scott, Everette Thomas 1988-](#)

[Papers, Naje, pseud. 1988-](#)

[Valentine, Tracie 1960-](#)

[Pablo, pseud. 1960-](#)

[Parks, Kiandra 1986-](#)

[Kiki, pseud. 1986-](#)

**Martin Luther King Jr.**

Share Actions

**Registration Number / Date** PA0002376078 / 2022-10-17

**Type of Work** Dramatic Works/Choreography

**Title** Martin Luther King Jr.

**Application Title** Martin Luther King Jr.

**Date of Creation** 2022

**Date of Publication** 2022-06-01

**Copyright Claimant**

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, Georgia, 30305, United States.

**Authorship on Application**

Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text of show bible.

**Rights and Permissions** Danny Amen Valentine Shabazz, 47th and 7th LLC parent Danny Valentine Corporation, 65 Irby Ave, Atlanta, Georgia, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com

**Description** Electronic file (eService)

**Copyright Note**

C.O. correspondence.

**Nation of First Publication** United States

**Names**

Valentine Shabazz, Danny Amen 1978-

vDetail Record View

Registration record TX0009152558

Copyright Catalog

PreviousNext

**State of Delaware.**

Share Actions

**Registration Number / Date** TX0009152558 / 2022-07-15

**Type of Work** Text

**Title** State of Delaware.

**Application Title** State of Delaware.

**Date of Creation** 2010

**Date of Publication** 2011-01-02

**Copyright Claimant**

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, Georgia, 30305, United States.

Tracie Valentine, 1960- . Address: 65 Irby Ave, Atlanta, Georgia, 30305, United States.

Everette Thomas Scott, 1988- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.

Ameerah Valentine Shabazz, 1982- . Address: 65 Irby Ave, 65 Irby Ave, Atlanta, GA, 30305, United States.

**Authorship on Application**

Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text, photograph(s), computer program, artwork, Algorithms.

Pablo, pseud. of Tracie Valentine, (author of pseudonymous work); 1960- Citizenship: United States. Authorship: text, photograph(s), computer program, artwork, Algorithms.

Naje Papers, pseud. of Everette Thomas Scott, (author of pseudonymous work); 1988- Citizenship: United States. Authorship: text, photograph(s), computer program, artwork, Algorithms.

Meme, pseud. of Ameerah Valentine Shabazz, (author of pseudonymous work); 1982- Citizenship: United States. Authorship: text, photograph(s), computer program, artwork, Algorithms.

**Basis of Claim** text, photograph(s), computer program, artwork.

**Rights and Permissions** Danny A. Valentine-Shabazz, 47th and 7th LLC parent Danny Valentine Corporation, 65 Irby Ave. apt 841, Atlanta, GEORGIA, 30305, United States, (470) 836-6336, dannyacevalentine@gmail.com

**Pre-existing Material** text, photograph(s), computer program, artwork, Algorithms.

**Description**Electronic file (eService)

**Copyright Note**

> Regarding authorship information and limitation of claim: Deposited work contains no photographs or computer program.
>
> Regarding authorship information and limitation of claim: Deposited work contains no algorithms; facts not copyrightable. 17 USC 102(b).
>
> Regarding authorship information and limitation of claim: Deposited work does not contain copyrightable artwork.
>
> Regarding authorship information and limitation of claim: Registration extends to text contained in deposited work, only.

**Nation of First Publication**United States

**Names**

> [Valentine Shabazz, Danny Amen 1978-](#)
>
> [Shabazz, Danny Amen Valentine 1978-](#)
>
> [Ace, pseud. 1978-](#)
>
> [Valentine, Tracie 1960-](#)
>
> [Pablo, pseud. 1960-](#)
>
> [Scott, Everette Thomas 1988-](#)
>
> [Papers, Naje, pseud. 1988-](#)
>
> [Valentine Shabazz, Ameerah 1982-](#)
>
> [Shabazz, Ameerah Valentine 1982-](#)
>
> [Meme, pseud. 1982-](#)

Back to Top

The identity, or disability of any person and the crime affected interstate or foreign commerce or occurred within federal special maritime and territorial jurisdiction.

The law also provides funding and technical assistance to state, local, and tribal jurisdictions to help them to more effectively investigate, prosecute, and prevent hate crimes.

The law provides for a maximum 10–year prison term, unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven–year statute of limitations. For offenses resulting in death, there is no statute of limitations.

**Title 18, U.S.C., Section 241 - Conspiracy Against Rights**

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

**Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law**

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Title 42, U.S.C., Section 3631 - Criminal Interference with Right to Fair Housing**

This statute makes it unlawful for any individual(s), by the use of force or threatened use of force, to injure, intimidate, or interfere with (or attempt to injure, intimidate, or interfere with), any person's housing rights because of that person's race, color, religion, sex, handicap, familial status or national origin. Among those housing rights enumerated in the statute are:

- The sale, purchase, or renting of a dwelling;
- the occupation of a dwelling;
- the financing of a dwelling;
- contracting or negotiating for any of the rights enumerated above;
- applying for or participating in any service, organization, or facility relating to the sale or rental of dwellings.

This statute also makes it unlawful by the use of force or threatened use of force, to injure, intimidate, or interfere with any person who is assisting an individual or class of persons in the exercise of their housing rights.

Punishment varies from a fine of up to $1,000 or imprisonment of up to one year, or both, and if bodily injury results, shall be fined up to $10,000 or imprisoned up to ten years, or both, and if death results, shall be subject to imprisonment for any term of years or for life.

**Title 42, U.S.C., Section 14141 - Pattern and Practice**

This civil statute was a provision within the Crime Control Act of 1994 and makes it unlawful for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.

Types of misconduct covered include, among other things:

/S/DANNY AMEN VALENTINE SHABAZZ

## CERTIFICATE OF SERVICE

Petitioner:
Danny Amen Anderson Valentine Shabazz

Respondents: Chris Bruce Nick Sabean, Jeff Flynn, Cerron Cade,
 ( Respondent) .

I Danny Amen  Anderson Valentine Shabazz ( Petitioner ) certifies that I have on this 3rd DAY day of September, 2023 have served a copy to the defendant's and attorney a Jury Trial Request for Production Evidence
CRIMINAL COPYRIGHT INFRINGEMENT   by electronic mail.
 ( Respondent) Civil Petition .

Service Provided.
Electronic service ( email): yes
U.S. Mail:
Hand Delivery:

"I certify that there is a prior agreement with dGOUGE@GOUGELAW.COM
  ) to allow documents in a PDF format sent via email to suffice for service."
Attorney for Respondent
This 3rd day of September 2023,

DONALD GOUGE
800 North King Street Suite 303
Wilmington, DE 19801
Phone: (302) 658-1800